IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE NEATHERY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 04-1493-SLR ) |
| WALTER T. BOYER, SR. and CLEAN CUTT AUTOS, | ) ) ) ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 12th day of October, 2007, there having been no activity in the above-captioned case since January 7, 2005 ;

IT IS ORDERED that, on or before **November 13 , 2007**, plaintiff shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

United States District Judge